COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION, Appellee

v.

300 NORTH BROAD STREET, LTD., Appellant.

Supreme Court of Pennsylvania.

May 24, 2006.

### ORDER

PER CURIAM.

AND NOW, this 24th day of May, 2006, the Order of the Commonwealth Court is affirmed.